**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 7, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00192-CV

_____

## IN RE BRANDON PADGETT, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-24792**

---

## MEMORANDUM OPINION

March 16, 2022, relator Brandon Padgett filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Lauren Reeder, presiding judge of the 234th District Court of Harris County, to vacate all orders issued during the time in which the case was abated and to reinstate the case for the "sole purpose" of dismissing the case.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also deny relator's motion to stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Bourliot and Spain.